IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DAMIEN MARCUS RUDEBUSH
and all others similarly situated,

        JUDGMENT IN A CIVIL CASE

    Plaintiff,

        16-cv-527-jdp

v.

SCOTT WALKER, BRAD SCHIMEL,
JOHN CHISOLM, KITTY RHODES,
STEPHEN KOPETSKIE, JASON CRAM,
BARB SCHACHERN, JON E. LITCHER,
DOUG BELLILE and JASON SMITH,

    Defendants.

---

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 9/20/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |